response to *Besch*,[1] making clear that the statute encompassed both legitimate and illegitimate organizations; *Commonwealth v. Shaffer*, 557 Pa. 453, 734 A.2d 840 (1999) (holding *Besch* applies retroactively to date of PaCOA's enactment) had not been decided. Appellate counsel should not be deemed ineffective for failing to anticipate the holding in *Shaffer*. Therefore, I cannot agree with the majority's conclusion that appellate counsel was *per se* ineffective for failing to challenge appellee's PaCOA conviction when the law at the time of trial and direct appeal supported the conviction.

Accordingly, I would reverse the order of the PCRA court vacating appellee's PaCOA conviction; in all other respects, I join the majority's disposition.

936 A.2d 487

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee**

**v.**

**MUNICIPAL AUTHORITY OF the BOROUGH OF WEST VIEW, Appellant.**

Supreme Court of Pennsylvania.

Dec. 27, 2007.

---

1. *Besch* was decided April 17, 1996, and the PaCOA was amended June 19, 1996, effective immediately. I am of the view that *Besch*, although now of limited applicability since the 1996 amendments, incorrectly interpreted the prior version of § 911(h)(3) of the PaCOA in the first place. Appellate counsel filed his brief March 31, 1997; *Shaffer* was not decided until 1999.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of December, 2007, the order of the Commonwealth Court is hereby **AFFIRMED.**

936 A.2d 487

Lawrence W. DUNN and Carol L. Dunn, His Wife, Coin Flip Associates, A Pennsylvania General Partnership, Mayview Road Associates Trust Agreement, Highland Farms Incorporated and Lowries Run Road Trust Agreement, On behalf of All Similarly–Situated Taxpayers

v.

The BOARD OF PROPERTY ASSESSMENT, Appeals and Review of Allegheny County and County of Allegheny and all Local Taxing Authorities Located in Allegheny County.

James T. Beebout and Karen L. Ferri, on behalf of themselves and others similarly-situated,

v.

The Board of Property Assessment, Appeals and Review of Allegheny County and County of Allegheny and all Local Taxing Authorities Located in Allegheny County.

Appeal of Lawrence W. Dunn and Carol L. Dunn, His Wife, Coin Flip Associates, A Pennsylvania General Partnership, Mayview Road Associates Trust Agreement, Highland Farms Incorporated, and Lowries Run Road Trust Agreement, on Behalf of all similarly-situated taxpayers.

Supreme Court of Pennsylvania.

Argued March 6, 2007.

Decided Dec. 27, 2007.